Brandon ALSTON, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 16,2015

Supreme Court of Delaware.

Submitted: August 19, 2015

Decided: September 4, 2015

Court Below: Superior Court of the
State of Delaware in and for Sussex Coun-
ty, No. 120901415

**AFFIRMED.**

Gerard SZUBIELSKI, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Beiow, Appellee.

No. 98, 2015

Supreme Court of Delaware.

Submitted: October 7, 2015

Decided: October 8, 2015

Court Below—Superior Court of the
State of Delaware in and for New Castle
County, Cr. No. 0605023366

**AFFIRMED.**

Thomas A. BOND, Plaintiff,

v.

Cecilia WILSON, Defendant.

No. 151, 2015

Supreme Court of Delaware.

Submitted: September 30, 2015

Decided: October 9, 2015

Court Below—Superior Court 5 of the
State of Delaware, in and for New Castle
County, C.A. NO. N12C–07–271 CLS

**AFFIRMED.**

Lance WATERS,[1] Respondent
Below–Appellant,

v.

Kara BOYER–RATTEN, Petitioner
Below–Appellee.

No. 165, 2015

Supreme Court of Delaware.

Submitted: October 7, 2015

Decided: October 12, 2015

Court Below: Family Court of the State
of Delaware, in and for New Castle Coun-
ty, CA No.: CN14–05148

**AFFIRMED.**

1.  The Court assigned pseudonyms to the par- ties under Supreme Court Rule 7(d).